

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| ALICE H. VELAZQUEZ,<br>　　　　Petitioner,<br><br>vs.<br><br>WARDEN T. JUSINO,<br>　　　　Respondent. | §<br>§<br>§<br>§<br>§　Civil Action No. 4:23-05501-MGL<br>§<br>§<br>§ |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
AND TRANSFERRING THIS ACTION
TO THE NORTHERN DISTRICT OF CALIFORNIA**

　　　Petitioner Alice H. Velazquez (Velazquez) filed a petition for habeas corpus under 28 U.S.C. § 2241 against Respondent Warden T. Jusino.

　　　This matter is before the Court for review of the Report and Recommendation (Report) of the United States Magistrate Judge recommending the Court transfer this action to the United States District Court for the Northern District of California.  The Report was made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South Carolina.

　　　The Magistrate Judge makes only a recommendation to this Court.  The recommendation has no presumptive weight.  The responsibility to make a final determination remains with the Court.  *Mathews v. Weber*, 423 U.S. 261, 270 (1976).  The Court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.  28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on November 7, 2023. To date, Velazquez has failed to file any objections.

"[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845–46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case under the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court this motion is **TRANSFERRED** to the United States District Court for the Northern District of California.

To the extent Velazquez seeks a certificate of appealability, that request is **DENIED**.

**IT IS SO ORDERED**.

Signed this 5th day of December 2023, in Columbia, South Carolina.

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

*****
**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within sixty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.